IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL SCHOOLEY, | ) | |
| | ) | Civil Action No. 14 – 1634 |
| Plaintiff, | ) | |
| | ) | District Judge Nora Barry Fischer |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 23rd day of March, 2016, after Plaintiff Russell Schooley having filed an action in the above-captioned case, and after Defendants filed a Motion for Summary Judgment on June 12, 2015, and after a Report and Recommendation was filed by the United States Magistrate Judge on February 12, 2016 giving the parties until March 21, 2016 to file written objections thereto, and Plaintiff having filed a letter to the Court on March 23, 2016, which is postmarked March 21, 2016 and construed as Objections,[1] and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the Opinion of this Court, and the Objections thereto,

---

[1] In this letter, Plaintiff does not object to anything specific in the Report and Recommendation. Instead, he maintains that everything in Defendants' Motion is a lie and that the Court is corrupt and biased.

When neither party objects to a magistrate judge's report and recommendation, the district court is not statutorily required to review the report *de novo*. 28 U.S.C. § 636(b)(1)(C); Thomas v. Arn, 474 U.S. 140, 152 (1985). Though there is nothing specific in his letter objecting to the Report, the Court will nonetheless construe it as Objections and review the Report *de novo*.

1

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 56) is granted.

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Russell Schooley
HY-6184
175 Progress Drive
Greene State Correctional Institution
Waynesburg, PA 15379

Counsel for Defendants
*Via CM/ECF Electronic Mail*